Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant ELLEDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN BRUCE ELLEDGE,<br><br>Defendant. | CASE NO.: 2:23-cr-00211-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between SIGAL CHATTAH, Acting United States Attorney, STEVEN J. ROSE, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW, counsel for Defendant ALAN BRUCE ELLEDGE ("ELLEDGE"), that Sentencing currently scheduled for September 2, 2025, at 10:00 a.m. be vacated and continued to a date no sooner than October 7, 2025, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1.      That the parties agree to continue the Sentencing date due to the need to schedule a safety valve proffer and to coordinate the closure of Defendant's state level matter;

2.      That Defendant ELLEDGE is incarcerated and does not object to a continuance;

3.      That Assistant United States Attorney, STEVEN J. ROSE, does not object to a continuance;

1

4.      That this is the first request for a continuance of Sentencing in this case; and

5.      That denial of this request for a continuance could result in a miscarriage of Justice.

RESPECTFULLY SUBMITTED this 19th day of August 2025.

By:   */s/ Lance A. Maningo*   
LANCE A. MANINGO
Attorney for Defendant ELLEDGE

By:   */s/ Steven J. Rose*   
STEVEN J. ROSE
Attorney for Plaintiff

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

              Plaintiff,

vs.

ALAN BRUCE ELLEDGE,

              Defendant.

CASE NO.: 2:23-cr-00211-APG-BNW

**ORDER TO CONTINUE
SENTENCING**
(First Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.      That the parties agree to continue the Sentencing date due to the need to schedule a safety valve proffer and to coordinate the closure of Defendant's state level matter;

2.      That Defendant ELLEDGE is incarcerated and does not object to a continuance;

3.      That Assistant United States Attorney, STEVEN J. ROSE, does not object to a continuance;

4.      That this is the first request for a continuance of Sentencing in this case; and

5.      That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

/ / /

/ / /

/ / /

3

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that Sentencing in this matter currently scheduled for September 2, 2025, at 10:00 a.m. be vacated and continued to October 8, 2025 at 9:00 a.m. **in Las Vegas Courtroom 6C.**

DATED this 20th day of August 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MANINGO LAW

By:    /s/ Lance A. Maningo
       Lance A. Maningo
       Nevada Bar No. 6405
       400 South 4th Street, Suite 650
       Las Vegas, Nevada 89101
       Attorney for Defendant ELLEDGE

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

4